**ORIGINAL**

**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        Civil No. 01-60224

v.

        Hon Marianne O. Battani

WILLIAM SKORA, DEBRA SKORA,
and JOHN RE,

        Defendants.

_____/

## CONSENT JUDGMENT

WHEREAS, plaintiff, the United States of America (the "United States"), commenced this action in the United States District Court for the Eastern District of Michigan, naming as defendants William Skora, Debra Skora, William Yager, and John Re, pursuant to 28 U.S.C. §§ 1335 and 1345, demanding a judgment, <u>inter alia</u>, (a) ordering defendants to interplead their respective claims to the Sam Francis painting ("painting") and book entitled <u>Sam Francis - Elements and Archetypes</u> ("book") described in the Complaint; (b) declaring which defendant is entitled to the painting and book; (c) restraining each defendant, pursuant to 28 U.S.C. § 2361, from instituting any action against the United States for the recovery of the painting and book; and (d) releasing and discharging the United States, its departments, bureaus, commissions, and other subdivisions, and its agents, servants, officers, and employees, individually

1

and in their official capacities, pursuant to 28 U.S.C. § 2361, from liability with respect to the painting and book;

WHEREAS, the defendants agree to settle and compromise their competing claims to the painting and book on the terms set forth herein;

NOW, upon the consent of the plaintiff and defendants as noted below, and there appearing good cause therefor, it is hereby

1. ORDERED that this Court has jurisdiction over the subject matter of the action and has personal jurisdiction over the parties.

2. IT IS HEREBY FURTHER ORDERED in accordance with the attached Mutual Release and Settlement Agreement between the parties, William Skora, Debra Skora and John Re, all right, title and interest in the subject painting and book vest and belong solely in defendant John Re.

3. IT IS HEREBY FURTHER ORDERED that the defendant John Re shall contact the Federal Bureau of Investigation in New York, NY to make arrangements to pick up the painting and book. John Re shall pick up the painting and book from the Federal Bureau of Investigation by September 30, 2002.

4. IT IS HEREBY FURTHER ORDERED that upon obtaining the painting and book, John Re shall release and discharge the United States, its departments, bureaus, commissions, and other subdivisions, and its agents, servants, officers, and employees, individually and in their official capacities, from any and all liability with respect to the painting and book.

5. IT IS HEREBY FURTHER ORDERED that defendants William Skora and Debra Skora hereby release and discharge the United States, its departments, bureaus, commissions, and other subdivisions, and its agents, servants, officers, and employees, individually and in their official capacities, from any and all liability with respect to the painting and book.

6. IT IS HEREBY FURTHER ORDERED that this Court shall retain full jurisdiction to enforce the terms and conditions of this Judgment on Consent and to resolve disputes arising hereunder.

7. IT IS HEREBY FURTHER ORDERED that each party is to bear its own costs and attorney's fees.

Dated: 9-16-02

HON. MARIANNE O. BATTANI
United States District Judge

Stipulated to and agreed:

JOHN F. BRENNAN (P26162)
Cheli, Brennan & Lyshak, P.C.
Attorneys for Defendant Re
26154 Woodward Avenue, P.O. Box 1257
Royal Oak, Michigan 48068-1257
(248) 545-1700

NOAH ELIEZER YANICH (P33295)
Attorney for Defendants Skora
883 Stag Ridge
Rochester Hills, Michigan 48309
(248) 652-2905

3

JEFFREY G. COLLINS  
United States Attorney

*[signature]*  
JULIA C. PIDGEON  
Assistant United States Attorney  
Penna Lic. No. 37949  
211 W. Fort Street, Suite 2001  
Detroit, Michigan 48226  
(313) 226-9772

other subdivisions, and its agents, servants, officers, and employees, individually and in their official capacities, from any and all liability with respect to the painting and book.

6. IT IS HEREBY FURTHER ORDERED that this Court shall retain full jurisdiction to enforce the terms and conditions of this Judgment on Consent and to resolve disputes arising hereunder.

7. IT IS HEREBY FURTHER ORDERED that each party is to bear its own costs and attorney's fees.

Dated: _____

HON. MARIANNE O. BATTANI
United States District Judge

Stipulated to and agreed:

JEFFREY G. COLLINS
United States Attorney

JOHN F. BRENNAN (P26162)
Cheli, Brennan & Lyshak, P.C.
Attorneys for Defendant Re
26154 Woodward Avenue, P.O. Box 1257
Royal Oak, Michigan 48068-1257
(248) 545-1700

JULIA C. PIDGEON
Assistant United States Attorney
Penna Lic. No. 37949
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9772

NOAH ELIEZER YANICH (P33295)
Attorney for Defendants Skora
883 Stag Ridge
Rochester Hills, Michigan 48309
(248) 652-2905

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED